**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL**
**WORKERS LOCAL NO. 43 PENSION, ANNUITY and**
**HEALTH AND WELFARE FUNDS, by Paul Kloc, as Plan Manager;**
**CENTRAL NEW YORK JOINT APPRENTICESHIP AND TRAINING**
**COMMITTEE FOR THE ELECTRICAL INDUSTRY, by Peter Dulcich,**
as Training Director; **NATIONAL ELECTRICAL BENEFIT FUND,**
by John M. Grau and Edwin D. Hill, as Trustees; **CENTRAL NEW YORK**
**LABOR MANAGEMENT COOPERATION COMMITTEE, by William**
Towsley and Ernest Kuhn, as Trustees; **NECA-IBEW NATIONAL**
**LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND,**
by John M. Grau and John J. Barry, as Trustees; **I.B.E.W. LOCAL UNION**
**NO. 42, by William Towsley, as Business Manager; FINGER LAKES NEW YORK**
**CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION,**
by Marilyn Oppedisano, Chapter Manager,

                  **Plaintiffs,**              5:05-CV-754 (NAM/GHL)

    vs.

**MEACHAM ELECTRICAL CONTRACTORS, INC.; NNYS INC.;**
**SHELDON MEACHAM, Individually and as an Officer of Meacham**
**Electrical Contractors, Inc.; and NNYS, INC.,**

                  **Defendants.**
_____

**APPEARANCES:**                           **OF COUNSEL:**

Blitman & King LLP                  Jennifer A. Clark, Esq.
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
*For Plaintiffs*

**Hon. Norman A. Mordue, Chief U.S. District Judge:**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge

George H. Lowe, duly filed on the 23rd day of April 2008. Following ten days from the service

thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, the affidavit (Dkt. No. 21) in support of interest and liquidated damages incurred during the period of December 5, 2006 through May 13, 2008, with no objections filed by either party, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted and approved.

2. The plaintiffs' motion for default judgment is granted and the clerk is directed to enter judgment in plaintiffs' favor and against defendants, in the sum of $24,883.74, the sum of which is $22,866.84 plus $999.99 in interest from December 5, 2006, through May 13, 2008, and $1,016.91 in liquidated damages.

3. The Clerk of the Court serve a copy of this order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: June 2, 2008
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge