United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL NO. 43 PENSION, ANNUITY and
HEALTH AND WELFARE FUNDS, by Paul Klob, as
Plan Manager; CENTRAL NEW YORK JOINT
APPRENTICESHIP AND TRAINING COMMITTEE FOR     CASE NO.   5:05-CV-754
THE ELECTRICAL INDUSTRY, by Peter Dulcich,                          (NAM/GHL)
as Training Director; NATIONAL ELECTRICAL
BENEFIT FUND, by John M. Grau and Edwin D. Hill,
as Trustees; CENTRAL NEW YORK LABOR MANAGEMENT
COOPERATION COMMITTEE, by William Towsley and
Ernest Kuhn, as Trustees; NECA-IBEW NATIONAL
LABOR-MANAGEMENT COOPERATION COMMITTEE
TRUST FUND, by John M. Grau and John J. Barry, as
Trustees; I.B.E.W. LOCAL UNION NO. 42, by William
Towsley, as Business Manager; FINGER LAKES NEW YORK
CHAPTER, NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATION, by Marilyn Oppedisano, Chapter Manager,

                                        **Plaintiffs,**

     V.

MEACHAM ELECTRICAL CONTRACTORS, INC.; NNYS, INC.;
SHELDON MEACHAM, Individually and as an Officer of Meacham
Electrical Contractors, Inc.; and NNYS, INC.,

                                        **Defendants.**


[ ]  **Jury Verdict.**         This action came before the Court for a trial by jury. The issues
                               have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.**    This action came to trial or hearing before the Court. The
                               issues have been tried or heard and a decision has been
                               rendered.

      IT IS ORDERED AND ADJUDGED that the Report-Recommendation is hereby adopted and approved; and that plaintiff's motion for default judgment is granted in favor of the plaintiffs and against defendants in the amount of $22,866.84, plus $999.99 in interest from December 5, 2006 through May 13, 2008 and $1,016.91 in liquidated damages for a total of $24, 883.74.

      All of the above pursuant to the order of the Honorable Chief Judge Norman A. Mordue, dated the 2nd day of June, 2008.

**DATE:**     **June 3, 2008**                    **LAWRENCE K. BAERMAN**
                                                             **CLERK OF COURT**

                                                             **s/**
                                                             _____
                                                             **By:     Lori M. Welch**
                                                                     **Deputy Clerk**