# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT FOR ATTORNEY FEES

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL NO. 43 PENSION, ANNUITY and HEALTH AND WELFARE FUNDS, by Paul Klob, as Plan Manager; CENTRAL NEW YORK JOINT APPRENTICESHIP AND TRAINING COMMITTEE FOR THE ELECTRICAL INDUSTRY, by Peter Dulcich, as Training Director; NATIONAL ELECTRICAL BENEFIT FUND, by John M. Grau, and Edwin D. Hill, as Trustees; CENTRAL NEW YORK LABOR MANAGEMENT COOPERATION COMMITTEE, by William Towsley and Ernest Kuhn, as Trustees; NECA-IBEW NATIONAL LABOR MANAGEMENT COOPERATION COMMITTEE TRUST FUND, by John M. Grau and John J. Barry, as Trustees; I.B.E.W. LOCAL UNION NO. 42, by William Towsley, as Business Manager; FINGER LAKES NEW YORK CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, by Marilyn Oppedisano, Chapter Manager,**

              **Plaintiffs,**    **CASE NO. 5:05-CV-754**
  vs.                       **(NAM/GHL)**

**MEACHAM ELECTRICAL CONTRACTORS, INC.; NNYS, INC.; SHELDON MEACHAM, Individually and as an Officer of Meacham Electrical Contractors, Inc.; and NNYS, INC.,**

              **Defendants**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED**, that Defendants shall pay $3,328.35 to plaintiffs attorneys, Blitman & King, LLP, monies representing the reasonable attorneys fees and paralegal fees, incurred by plaintiffs in bringing Motion to Compel Compliance through January 19, 2010.

  All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue, dated 7th day of April, 2010.

DATED: April 8, 2010

                          *Lawrence K. Baerman*
                          Clerk of Court

                          s/
                          _____
                          Marie N. Marra, Deputy Clerk